**Herbert FLEMING, Plaintiff–Appellant,**

v.

**Eddie DOWDELL, Gladys Riddle, Johnnie Johnson, Donald Parker, Martha White, Beth Slate Poe, et al., Defendants–Appellees.**

No. 05–14529.

United States Court of Appeals, Eleventh Circuit.

May 31, 2006.

Griffin Sikes, Jr., Montgomery, AL, for Plaintiff–Appellant.

Alyce Street Robertson, Office of the Attorney General, Hugh Davis, Gregory Oswald Griffin, Sr., Steven Mallette Sirmon, Alabama Board of Pardons and Paroles, Montgomery, AL, for Defendants–Appellees.

Before HULL and WILSON, Circuit Judges, and DUPLANTIER,* District Judge.

PER CURIAM:

Herbert Fleming appeals the district court's grant of summary judgment in favor of the defendants. Because Fleming

* Honorable Adrian G. Duplantier, United States District Judge for the Easter District of

---

has not demonstrated reversible error in regards to either his federal or state claims, we affirm substantially for the reasons set forth in the district court's well reasoned order of March 29, 2005.

**AFFIRMED.**